FW

# United States District Court
# Northern District of Illinois

**FILED**
DEC 28 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
ALGIS PETER ANKUS

**Case No.** _____

**v.**

**Date** DECEMBER 28, 2018

1:18-cv-08540
Judge John Z. Lee
Magistrate Judge Maria Valdez

**Defendant(s)**
CIRCUIT COURT OF COOK COUNTY ILLINOIS
TIMOTHY C. EVANS
DORTHY BROWN
— IN THE MATTER OF —
ANTHONY STELMOKAS

**COMPLAINT**
page 1 of 3

DEFENDANT ANTHONY STELMOKAS OBTAINED A JUDGEMENT AGAINST 'ALGIS/JOHN V. ANKUS #16M1 117797- APRIL 10, 2007. UNSUCCESSFUL IN OBTAINING SERVICE UPON DEFENDANTS, (EXHIBIT 8) MR STELMOKAS SEARCHED THE INTERNET AND FOUND ALGIS PETER ANKUS A REGISTERED PHARMACIST, RESIDING IN BEVERLY SHORES INDIANA. DEFENDANT ANTHONY STELMOKAS VIOLATED PLAINTIFFS RIGHTS TO DUE PROCESS, BY FRIVOLOUS FILING OF CLAIMS KNOWN TO BE DEFICIENT. FAILURE TO ABIDE BY FRCP RULE 11. ENTERED JUNE 10, 2016 (EXHIBIT 9) ON JUNE 10, 2016 JUDGEMENT WAS ENTERED AGAINST 'ALGIS/JOHN V ANKUS BY JUDGE PATRICIA S. SPRATT COURT ROOM #2146. JUDGEMENT WAS ENTERED AGAINST FAMILY'S HOME PLAINTIFF'S AND RECORDED JUNE 13, 2016 PLAINTIFF WAS ONLY 'NOTICED' BY MAIL FROM PORTER COUNTY RECORDER

# United States District Court
# Northern District of Illinois
## COMPLAINT CONTINUED

Due to Defendant's Negligence (735 ILCS 5/2-1116) in attaching Plaintiff's Deed, despite the names on subject deed being explicitly different from those he was seeking.

A denial of Plaintiff's Home Equity Loan, in process, occurred due to Defendant's Negligence (EXHIBIT 3)

Due to Plaintiff's status as an ADA qualified individual Plaintiff appeared Pro se in defense of these encomburing allegations.

Plaintiff submitted two verified Affidavits
First entered August 1, 2016 copy enclosed (EXHIBIT 1)
Second entered September 12, 2016 copy also enclosed (EXHIBIT 2)
Despite these affidavits confirming, beyond any doubt of Plaintiff's true identity, the court did not allow even for a change of venue. Plaintiff was mandated to attend hearings, traveling (EXHIBIT 4) from Indiana. Despite Defendant's failure to appear. Order denying change of venue (EXHIBIT 5)
Plaintiff finally secured a quashing of service and release of judgement. After two transtelephonic hearings due to his scheduled cervical spinal surgery.

Plaintiff's costs for transportation, new application for home equity loan and whose professional reputation was harmed by falsehood were substantial. Plaintiff entered cause for compensation (16 M1 117797) Despite providing costs greater. Court ruled in favor of Plaintiff's motion for satisfaction in cause # 06 M1 179422 dated May 23 2007. Court assessed a $250.00 sanction to be paid instanter in order for Anthony Stelmokas to execute a release. (EXHIBIT 6)(EXHIBIT 7) Defendant then proceeded to file Perjured motion in a willful attempt to have me appear. In response to which I had to delay my scheduled surgery- and appeared via telephonic testimony-

# United States District Court
# Northern District of Illinois

## COMPLAINT CONTINUED

Plaintiff Prays that the Court Finds Violations of Due Process, Actions By Both the Court, Court Clerk Failed to Sanction Illegal Activity. Both in the Court As Well As Continual Disregard For Court Rules By Anthony Stelmokas Which Went Unregulated To Plaintiff's Health Well Being As Well As Financial Detriment

The Costs That Plaintiff Incurred Are Substantial. The $250.00 Sanction Imposed By The Circuit Court Does Not Approximate Total Costs Incurred In Both Transport Time Spent In Defense of Unwarranted False Claims. The $250.00 Sanction Check Remains Uncashed, As It Was Inappropriate Given The Costs Incurred.

The Rescheduled Cervical Spinal Surgery Due To Defendants Post Judgement Attempt To Compel Plaintiff To Appear By Presenting Purjured Testimony Only Served To Further Complicate Plaintiff's Well Being Both In Physical Health As Well As Financial.

Plaintiff Prays the Court Find Appropriate Compensation As Well As Court Costs, For Emotional Harm, Loss of Health.

*Algis Peter Ankus*

ALGIS PETER ANKUS
P.O. Box 556
BEVERLY SHRS IN. 46301

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EXHIBIT ROSTER

++++++++++++++++++++++++++++++++++++++++++++++++

**ITEM #**                                         **DATE:**

| | | |
|---|---|---|
| A) | MEMORANDUM OF JUDGEMENT | 6-10-2016 |
| B) | DENIAL OF LENDERS COMMITMENT | 8-15-2016 |
| C) | VERIFIED AFFIDAVIT OF A.P.ANKUS | 8-1-2016 |
| D) | VERIFIED AFFIDAVIT 2 OF A.P.ANKUS | 9-12-2016 |
| E) | PETITION FOR CHANGE OF VENUE | 9-19-2016 |
| F) | DENIAL OF CHANGE OF VENUE | 10-07-2016 |
| G) | COURT GRANTS SANCTIONS 1of 2 | |
| H) | ASSESSES $250 PAID INSTANTER 2 | 1-20-2017 |
| I) | SANCTION CHECK $250 UNCASHED | 1-20-2017 |
| J) | ORDER TO QUASH SERVICE AND VACATE JUDGEMENT, REMOVING CLOUD ON FAMILY HOME | 8-26-2016 |
| K) | APPROVAL OF TELECONFERENCE ADA APPROVAL | 8-19-2016 |
| L) | ELDERLY EXPLOITATION (HB 1588/PA 99-0272) | 9-16-2016 |
| M) | EQUITY APPLICATION REQUIRES JUDGEMENT REMOVAL TO CONCLUDE LOAN APPROVAL | 9-21-2016 |
| N) | AFFIDAVIT OF DAMAGES PURSUANT TO ILCR RULE 222(B) | 10-7-2016 |

JON MILLER RECORDER
REC FEE: 15.00
PAGES: 2

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS

NTHONY STELMOKAS

v.

ALGIS ANKUS
1-04-03-330-005.000-011

Recorder's Stamp

No. 06M1-179422

## MEMORANDUM OF JUDGMENT

On APRIL 10, 2007, _____, judgment was entered in this court in favor of the plaintiff ANTHONY STELMOKAS

and against defendant ALGIS ANKUS

whose address is 107 EAST CLEARWATER AVE., BEVERLY SHORES, IN
in the amount of $ 8,786. + COSTS        PORTER COUNTY    46301

Judge Patricia S. Spratt
JUN 10 2016
Circuit Court — 2146

Atty. No.: PRO SE
Name: A. STELMOKAS
Atty. for: Plaintiff
Address: 2548 W. 69TH ST.
City/State/Zip: CHICAGO, IL. 60629
Telephone: 773 476-0404

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



To whom it may concern: 9/21/16

Algis Peter Ankus has withdrawn his equity application with us after finding out that there was a judgment placed on his home by Anthony Stelmokas. We can not proceed with the loan until this judgment is taken off of his title work.
Sincerely,

*Allison Wozniak*

Allison Wozniak, MLO# 475730

— NEGLIGENCE —

File No.: 16-30385            Part I, SCHEDULE B

Arsenal Insurance Corporation

**THE FOLLOWING ARE THE REQUIREMENTS TO BE COMPLIED WITH:**

1. Notification in writing is required for all changes to this Commitment. Additional requirements may be imposed after review of said notification.

2. Payment of all title premiums and charges.

3. Vendor's Affidavit (if Owner's Policy) and Mortgagor's Affidavit (if Lender's Policy).

   As to the Lender's Policy only:

   Upon receipt of a Vendor's and Mortgagor's Affidavit with content and form acceptable to the insurer, the Standard Exceptions as set out in Part II of the Schedule B herein will be deleted. (Note: The insurer reserves the right to raise additional requirements if there has been new construction on the real estate within 60 days prior to the effective date of this commitment.)

4. Properly executed mortgage securing your loan.

5. Payment and release of a Judgment for $8,786.00 plus costs, against Algis Ankus in favor of Anthony Stelmokas, entered April 10, 2007 in Cook County, Illinois, as Cause No. 06MI-179422 and later recorded June 13, 2016 in Document No. 2016-013915, in Porter County, Indiana.

   NOTE: The judgment creditor's attorney of record is not listed.

   NOTE: Due to the passage of SEA 370 (P.L. 80-2013), rates and fees are subject to change from current existing charges for transactions closed on or after July 1, 2013.

   NOTE: In accordance with applicable underwriter guidelines, there may be a title premium re-issue discount for this transaction. Please contact our office prior to your closing for more details.

This Commitment is valid only if Schedules A and B are attached.
Schedule BI consists of 1 page(s)

EX 3

## Affidavit of Algis Peter Ankus



STATE OF INDIANA
COUNTY OF PORTER

COPY

The undersigned, ALGIS PETER ANKUS, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the State of Indiana. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I am the victim of identity theft, by a Pro SE plaintiff ignoring Rule 4 and Rule 11 of Federal Rules of Civil Procedure. Pro SE Litigant embarked on a fishing expedition, attempting to find persons with names similar to the individual he was seeking, without proper discovery or notice being provided to Affiant, who lives in Indiana. Affiant first received 'notice' when he received a letter from Porter County Recorder Jon C. Miller with copy of Judgement entered by Judge Patricia S.Spratt, Crook County Circuit Court Room 2146...entered on June 10, 2016, recorded on June 13, 2016 against my Family Home in Beverly Shores Indiana. On July 29, 2016 affiant appeared in Judge Gerald Vernon Cleary III in courtroom 1104 on my verified Motion to Vacate based on Identity Theft, in securing an illegal judgement upon me and our Family Home in Indiana. After waiting for plaintiff to appear until the end of call....at which plaintiff failed to appear...Judge Cleary asked for the original 2006 court file...despite my requesting that the file be sent to courtroom 1104, it was not delivered... Judge Cleary remanded the hearing to August 19, 2016, with notice one again being afforded to the non compliant plaintiff with copy of this affidavit......
As a permanently disabled individual, verified under the ADA, I returned to the file desk and asked where the file was and why it was not sent as originally requested. The file was instantly found, lying on a cabinet. The file was hand carried at my insistance to courtroom 1104, Where Judge Cleary kindly consented to review the file, which clearly exhibited that I was not the defendant in question.... and was NEVER NOTICED!!!! As a disabled individual I feel that I was denied due process after proving up my Motion to Vacate, due to the file not being accessible to the Court during the hearing.
Due to the aforementioned circumstances, I Algis Peter Ankus RPH 15 year resident of Porter County Indiana, should not be compelled to once again appear in my defense, after presenting compelling , confirming evidence for legally vacating this judgement.

**ANTHONY A STELMOKAS**
2548 W LITHUANIAN PLAZA CT
CHICAGO, IL 60629-1844

70-477/719

1063

DATE 1-20-2017

PAY TO THE ORDER OF Algis Peter Cenkus $ 250.00

two hundred fifty even — DOLLARS

**usbank.** All of us serving you®

MEMO 16M1-117297

⑈071904779⑈ 199375534682⑊ 1063

From: Ocj Accommodations ocj.accommodations@cookcountyil.gov
Subject: FW: Your ADA Accommodation Teleconference Appearance / Court's Legal Services Directory
Date: Today at 12:26 PM
To: Al Ankus aankus@aol.com

Mr. Ankus,

The email below is the one I sent confirming that Judge Spratt approved a teleconference appearance for you on August 19, 2016, as an ADA accommodation.

Regards,

Milissa Pacelli
Court Disability Coordinator
Office of Accessibility & Education Outreach (OAEO)
Office of the Chief Judge
Circuit Court of Cook County
Ocj.accommodations@cookcountyil.gov
312.603.1915
312.603.1914 (TTY/TDD)
312.603.1929 (FAX)

From: Ocj Accommodations (Accessibility and Education Outreach)
Sent: Thursday, August 18, 2016 4:32 PM
To: 'Algis'
Subject: Your ADA Accommodation Teleconference Appearance / Court's Legal Services Directory

Dear Mr. Ankus,

As you are aware, Judge Spratt has approved a teleconference appearance for you as an ADA accommodation, for your court date tomorrow, Friday, August 19, 2016.

Judge Spratt will call your phone number of record, 219.874.2519, sometime after 2:00 p.m., please be available for that phone call.

Your appearance by phone as an ADA accommodation is approved for tomorrow's court date only. Any additional court dates will be decided by the judge on a case by case basis.

From: **ALGIS P ANKUS** aankus@aol.com
Subject: Elderly exploitation Civil Action
Date: September 16, 2016 at 7:20 AM
To: ALGIS P ANKUS aankus@aol.com

**Elderly Exploitation Civil Action (HB 1588/PA 99-0272 – Sen. Jason Barickman): Changes the civil liability provision of financial exploitation of an elderly person or a person with a disability to allow for a civil cause of action regardless of whether criminal charges have been filed. Civil liability provision does not limit or affect the right of a person to bring a cause of action or seek any remedy available under the common law, or other applicable law.**

EX 9

```
JON C. MILLER
RECORDER OF PORTER COUNTY
155 INDIANA AVENUE
VALPARAISO, IN 46383
(219) 465-3465

ALGIS PETER ANKUS
08/26/2016    1:08 PM
TRANSACTION #   4078736
2016-021225  11.00  COURT ORDERS
MISC RECORDING FEE:   11.00
    TOTAL           11.00
CASH:  11.00 ALGIS PETER ANKUS

       THANK YOU
```

8225006
Tx:4078736

CCG N002-75M-10/8/04     (43350124)

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2016-021225
STATE OF INDIANA
PORTER COUNTY
FILED FOR RECORD
08/26/2016  1:08 PM
JON MILLER, RECORDER
REC FEE: 11.00
PAGES: 1

No. 06 M1 179422

## ORDER

THIS MATTER COMING ON DEFENDANT ALGIS PETER ANKUS'S MOTION TO QUASH SERVICE AND VACATE JUDGMENT OF APRIL 10, 2007 IS GRANTED. SERVICE ON ALGIS PETER ANKUS IS QUASHED AND THE JUDGMENT OF APRIL 10, 2007 IS HEREBY VACATED.

Judge Patricia S. Spratt

ENTERED: AUG 19 2016
Circuit Court – 2146

Atty. No.: _____
Name: _____
Atty. for: O/C
Address: O/C
City/State/Zip: _____
Telephone: _____

Dated: _____
_Patricia S. Spratt_
Judge            Judge's

# IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

## AFFIDAVIT REGARDING DAMAGES SOUGHT THROUGH NEGLIGENCE PERSUANT TO ILCR RULE 222(b)

The undersigned ALGIS PETER ANKUS being duly sworn, hereby deposes and states.
I have personal knowledge of the facts herein, and if called as a witness, could testify completely thereto.

### COURT COSTS
### BILL OF COSTS FOR THE FOLLOWING CASE NO'S
### 06 M1 179422 as Defendant
### 16 M1  117797 as Plaintiff

**A)** PORTER COUNTY RECORDER RECORDING FEES
8/04/2016 AFFIDAVIT RECORDED $15.00
8/04/2016 PAYGOV          $15.00
8/26/2016 JUDGEMENT ORDER ATTACHING DEED VACATED    $11.00
7/29/2016    COPIES  $6.00

**B)** 7/29/2016  FILING FEE CASE # 20161117797    $282.87
9/03/2016  COPY FEE   $3.30
9/27/2016  COPY FEE   $4.50
9/19/2016  POSTAGE    $3.77
9/17/2016  POSTAGE$   $4.60
9/21/2016  ELECTRONIC PRINTING FEE   $0.40

THESE COSTS ARE NOT FINAL…
**SEE  BELOW**                **CURRENT TOTAL  $346.44**

## SOME COSTS ARE NOT YET AVAILABLE FROM DEBIT CARD ISSUERS

COSTS OF TOLL BRIDGE @ 4.50 EACH WAY
COSTS OF PARKING
COSTS OF ACCOMMODATION
COSTS OF MEDICATION

**PLAINTIFF PRAYS THAT THE COURT PROVIDES FOR RELIEF SOUGHT BY PLAINTIFF, FOR DEFENDANT'S NEGLIGENCE**

*[Signature: Algis Peter Ankus]*  10/7/2016

## NOTARY ACKNOWLEDGEMENT

**STATE OF INDIANA, PORTER COUNTY**

This Affidavit of Costs and damages for above referenced Actions was acknowledged before me on this 7th day of October, 2016.
by Algis Peter Ankus, who, being first duly sworn on oath according to Law, deposes and says that he has read the foregoing Affidavit of Costs and Damages, subscribed by him,
and that the matters stated herein are true to the best of his information, knowledge and belief.

**Notary Public**          **Title**

*[Signature]*          Relationship Banker/Notary Public

TIMOTHY MICHAEL TOWASNICKI
Seal
Notary Public - State of Indiana
Lake County
My Commission Expires Aug 18, 2023

TIMOTHY MICHAEL TOWASNICKI
Seal
Notary Public - State of Indiana
Lake County
My Commission Expires Aug 18, 2023